UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 07-20156

-vs-                           HONORABLE AVERN COHN

D-1 NADA NADIM PROUTY,

        Defendant.
_____/



FILED
MAY 13 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

### JUDICIAL ORDER OF REMOVAL TO LEBANON AND CONCURRENT GRANT OF WITHHOLDING OF REMOVAL TO LEBANON

In accordance with the Rule 11 Plea Agreement between the parties and upon the factual allegations contained therein; upon the consent and stipulation of the defendant, Nada Nadim Prouty; and upon defendant's waiver of her right to notice and a hearing under Title 8, United States Code, Section 1228(c)(5); and with the concurrence of the Assistant Secretary for Immigration and Customs Enforcement;

IT IS ORDERED that pursuant to Title 8, United States Code, Section 1228(c), the defendant, Nada Nadim Prouty, Alien Number A29 607 461, be removed and deported from the United States to the country of Lebanon.

IT IS FURTHER ORDERED that Nada Nadim Prouty, Alien Number A29 607 461, is granted withholding of removal to the country of Lebanon pursuant to Title 8, United States Code, Section 1228(c), and that the order of removal to Lebanon is withheld.

IT IS SO ORDERED.

/s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

#2