UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CRIMINAL NO. 07-20156

-vs-

HON. AVERN COHN

D-1 NADA NADIM PROUTY,

    Defendant.
_____/

FILED
MAY 13 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

ORDER REVOKING UNITED STATES CITIZENSHIP

The defendant, Nada Nadim Prouty, also known as Nada Nadim Deladurantaye, having been convicted of Naturalization Fraud, in violation of Title 18, United States Code, Section 1425(a), and pursuant to Title 8, United States Code, Section 1451(e):

IT IS ORDERED that naturalization of the defendant in the name of Nada Nadim Deladurantaye, Alien Number A29 607 461, ordered by the Attorney General of the United States admitting the defendant to United States citizenship on August 5, 1994, is revoked and set aside, and the Certificate of Naturalization No. 20848854 is cancelled.

IT IS SO ORDERED.

AVERN COHN
UNITED STATES DISTRICT JUDGE