UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                          CRIMINAL NO. 07-20156

v.                                     HONORABLE AVERN COHN

D-1, NADA NADIM PROUTY,

    Defendant.
    _____/

**<u>ORDER DISMISSING DEFENDANT PROUTY'S MOTION TO COMPEL AS MOOT</u>**

    The Court having received and reviewed defendant Nada Prouty's Motion to Compel Enforcement of May 13, 2008 Judgment and Orders; the government having verified that no process to deport defendant is currently underway and is unlikely to be commenced in the future; and the Court being otherwise fully advised in the premises;

    IT IS ORDERED that the motion is dismissed as MOOT. The Court shall be notified of any objections to this order within five days.

    SO ORDERED.


Dated: September 16, 2009         <u>s/Avern Cohn</u>
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE